NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1019
(Serial No. 10/770,072)

IN RE EDWARD K.Y. JUNG and LOWELL L. WOOD, JR.

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

ORDER

The Director of the United States Patent and Trademark Office moves without opposition for a 45-day extension of time, until May 17, 2010, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Robert Greene Sterne, Esq.
       Raymond T. Chen, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 4 2010

JAN HORBALY
CLERK